Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 4

|  |
|---|
| Plaintiff,<br>v.<br>U.S. Customs and Border Protection, Rodney E. Scott, and UNITED STATES,<br>Defendant. |

**SUMMONS**
Court No.

**TO:**   The Above-Named Defendant:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**/s/ Gina Justice**
Clerk of the Court

_____
Signature of Plaintiff's Attorney

_____
Date

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

*  If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007**;** Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)